IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI HOLDING LTD., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. No. 09-119-JJF-LPS |
| | : |
| MICROSOFT CORPORATION and | : |
| DELL INC., | : |
| | : |
| Defendants. | : |

**ORDER**

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation (D.I. 188) dated March 22, 2010, concerning Microsoft Corporation and Dell Inc.'s Motion For Summary Judgment That Arendi Is Not Entitled To Provisional Damages Pursuant To 35 U.S.C. § 154(D) (D.I. 132);

WHEREAS, the report recommends granting the instant Motion;

WHEREAS, Arendi Holding LTD. filed an objection to the Report and Recommendation (D.I. 190);

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Stark in his Report and Recommendations (D.I. 188);

NOW THEREFORE, IT IS HEREBY ORDERED that:

(1) The Report and Recommendation (D.I. 188) is **ADOPTED**; and

(2) Defendants' instant Motion For Summary Judgment That Arendi Is Not Entitled To Provisional Damages Pursuant To 35 U.S.C. § 154(D) (D.I. 132) is **GRANTED**.

April 12, 2010
DATE

UNITED STATES DISTRICT COURT